**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7210**
_____

STUART WAYNE TOMPKINS,

              Plaintiff - Appellant,

        v.

JOEL HERRON, Correctional Administrator; KRISTIE B. STANBACK, Assist. Superintendent; GERALDUNE O. LEWIS; JOHN DOE LOWERY, Sergant Over Mailroom; JOHN DOE INGRAM, Mailroom Staff; JANE DOE NORTON, Mailroom Staff; JANE DOE NORRIS, Mailroom Staff; ROBERT C. LEWIS, Director of Prison; ALVIN WILLIAM KELLER, JR., Secretary of Correction; BEVERLY EAVES PERDUE, Governor's; JAMES C. FRYE, Program Manager; JOHN DOE COVINGTON, Unit Manager; JANE DOE ALFORD, Assistant Unit Manager; MARRIETTA BARR, Ex-Assistant Manager (Now Lieutenant); CHANDRA K. RANSOM, a/k/a Jane Doe, Ex-Unit Manager,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:10-cv-00978-TDS-LPA)

_____

Submitted: November 20, 2012        Decided: November 27, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stuart Wayne Tompkins, Appellant Pro Se.  Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stuart Wayne Tompkins appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motions for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Tompkins v. Herron, No 1:10-cv-00978-TDS-LPA (M.D.N.C. Mar. 30, & July 11, 2012). Tompkins' motion for appointment of counsel is denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED